IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FEDERICK LUSTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action File No. |
| v. | : | |
| | : | 1:15-cv-02056-SCJ |
| THE CBE GROUP, INC., formerly doing | : | |
| business as Nelson, Watson & | : | |
| Associates, Inc., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF Frederick Luster and DEFENDANT The CBE Group,

Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure and stipulates that the

above-captioned civil action be dismissed with prejudice with all parties to bear their

own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Justin T. Holcombe | /s/ Jonathan K. Aust |
| Justin T. Holcombe | Jonathan K. Aust |
| Georgia Bar No. 552100 | Georgia Bar No. 448584 |
| SKAAR & FEAGLE, LLP | BEDARD LAW GROUP, P.C. |
| 133 Mirramont Lake Drive | 2810 Peachtree Industrial Bldv., Ste D |
| Woodstock, GA 30189 | Duluth, GA 30097 |
| Tel: (404) 373-1970 | Tel:  (678) 253-1871, ext. 203 |
| Fax: (404) 601-1855 | Fax: (678) 253-1873 |
| jholcombe@skaarandfeagle.com | jaust@bedardlawgroup.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |